UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  5:19-02224 ODW (ADS)                                      Date:  May 6, 2020

Title:  *Feridoon Aslani v. San Bernardino County, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):              Attorney(s) Present for Defendant(s):
               None Present                                                          None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

Pro se Plaintiff Feridoon Aslani filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 against the County of San Bernardino and two individual defendants. [Dkt. No. 1]. On April 2, 2020, the Court issued an Order Dismissing with Leave to Amend. [Dkt. No. 7]. Plaintiff's response or First Amended Complaint was ordered to be filed by no later than May 4, 2020. However, the Court has not received any response to the Order Dismissing with Leave to Amend from Plaintiff.

**Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. Plaintiff must file a written response to this OSC by no later than **May 20, 2020**. Plaintiff may respond by filling one of the following: (a) a First Amended Complaint; (b) filing a statement with the Court indicating the desire to continue to move forward with the Complaint despite the infirmities identified in the Order Dismissing with Leave to Amend; or (c) filing a request for dismissal of the case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-02224 ODW (ADS)                              Date:  May 6, 2020

Title:  *Feridoon Aslani v. San Bernardino County, et al.*

    Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed <u>with</u> prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>