JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERIDOON ASLANI, | Case No. 5:19-02224 ODW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| SAN BERNARDINO COUNTY, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: December 30, 2020

THE HONORABLE OTIS D. WRIGHT
United States District Judge